# UNITED STATES DISTRICT COURT
## for the
### District of Arizona

| | |
|---|---|
| United States of America<br>v.<br><br>Marco Antonio De La Garza Jr.,<br><br><br>*Defendant* | ) ) ) ) ) ) ) Case No. **18-00065 MJ** |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Marco Antonio De La Garza, Jr.,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1001 (False Statement or Representation)
18 U.S.C. 1542 (False Statement in Application for Passport)

I hereby attest and certify on 2/22/2018
that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.
CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA
By_____Deputy

Date: 02/22/2018

City and state: Tucson, Arizona

*Issuing officer's signature*
U.S. MAGISTRATE JUDGE
ERIC J. MARKOVICH
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2-22-2018, and the person was arrested on *(date)* 2-22-2018
at *(city and state)* Douglas, AZ

Date: 2-23-2018

*Arresting officer's signature*

MICHAEL PRESNALL, SPECIAL AGENT DHS-OIG
*Printed name and title*

---

USMS (CC+ORES) AUSA PTS    COPIES DISTRIBUTED