ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
LORI L. PRICE
HEATHER SIEGELE
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: lori.price@usdoj.gov
heather.siegele@usdoj.gov
Attorneys for Plaintiff

FILED

2018 MAR -7 PM 3:48

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR18- 353TUC RCC (BGM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Marco Antonio De La Garza, Jr.,<br>aka Marco Antonio De La Garza Campos,<br>aka Marco Antonio Delagarza, Jr.,<br><br>　　　　Defendant. | **I N D I C T M E N T**<br><br>Violations:<br>18 U.S.C. § 1542<br>(False Statement in Application and Use of Passport)<br>Counts 1, 2<br><br>18 U.S.C. § 1001<br>(False Statements)<br>Count 3 |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about October 16, 2017, at or near the Cochise County Superior Court, within the District of Arizona, the defendant, MARCO ANTONIO DE LA GARZA, JR., aka Marco Antonio De La Garza Campos, aka Marco Antonio Delagarza, Jr., knowingly and willfully made a false statement in an application for a passport with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that while making an application for United States passport, the defendant stated that:

(1) he was a United States citizen,

(2) he was born in Brownsville, Texas, and

(3) he was born on December 21, 1980,

when he well knew those statements were false, all in violation of Title 18, United States Code, Section 1542.

## COUNT 2

On or about November 25, 2017, at or near Hereford, Arizona, within the District of Arizona, the defendant, MARCO ANTONIO DE LA GARZA, JR., aka Marco Antonio De La Garza Campos, aka Marco Antonio Delagarza, Jr., knowingly and willfully made a false statement in an application for a passport with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that while making an application for United States passport, the defendant completed a supplemental questionnaire to determine entitlement for a U.S. passport and stated:

(1) he was a United States citizen,

(2) he was born in Brownsville, Texas,

(3) he was born on December 21, 1980,

(4) he had not attended formal or official schools in Mexico,

(5) his biological father was rarely in his life, and

(6) no one would hire him to work in Mexico,

when he well knew those statements were false, all in violation of Title 18, United States Code, Section 1542.

## COUNT 3

On or about October 24, 2016, in the District of Arizona, while employed as a Customs and Border Protection (CBP) officer at the Douglas Port of Entry (POE), the defendant, MARCO ANTONIO DE LA GARZA, JR., aka Marco Antonio De La Garza Campos, aka Marco Antonio Delagarza, Jr., knowingly and willfully made a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by stating on his Electronic Questionnaires for Investigations Processing (e-QIP) five-year background

check Request #xxxx1376 for his continued employment as a CBP officer that:

    (1) he was a United States citizen,

    (2) he was born in Brownsville, Texas, and

    (3) he was born on December 21, 1980,

when, in fact, he knew those statements were false, all in violation of Title 18, United States Code, Section 1001.

A TRUE BILL

/S/
Presiding Juror

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

/S/
Assistant U.S. Attorney

REDACTED FOR
PUBLIC DISCLOSURE

Dated: March 7, 2018