**Matthew H. Green**
Bar No. 020827
**LAW OFFICES OF MATTHEW H. GREEN**
130 West Cushing Street
Tucson, AZ 85701
Telephone: (520) 882-8852
Facsimile: (520) 882-8843
Email:matt@arizonaimmigration.net
Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR18-00353-RCC-BGM |
| Plaintiff, | |
| | **MOTION TO MODIFY CONDITIONS OF RELEASE** |
| vs. | |
| | ARR: March 23, 2018, 11:00 a.m. |
| MARCO DE LA GARZA, | |
| Defendant. | **(HONORABLE BRUCE MACDONALD)** |

It is not expected that excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(F) may occur as a result of this motion or from an order based thereon.

**COMES NOW** the Defendant, **MARCO DE LA GARZA**, by and through his attorney undersigned, and moves this Court, pursuant to Rule 46 of the Federal Rules of Criminal Procedure and Rule 46 of the Local Rules of Criminal Procedure, District of Arizona, to modify his conditions of release for the limited purpose of removing the condition that he must maintain or actively seek employment, as he is unlikely to be considered to have employment authorization in the United States. *See* Doc. 6, Par. 8, Feb. 23, 2018.

The Government has **no objection** to this motion.

/ / / /

/ / / /

**RESPECTFULLY SUBMITTED** this <u>8th</u> day of <u>March</u>, 2018

**LAW OFFICES OF MATTHEW H. GREEN**


<u>S/Matthew H. Green</u>
Matthew H. Green
Attorney for Defendant

I, Matthew H. Green, hereby certify that a
copy of the foregoing delivered electronically
this <u>8th</u> day of <u>March</u>, 2018 to:

Heather Siegele, Esq.
Lori Price, Esq.
Assistant U.S. Attorneys
405 West Congress, Suite 4800
Tucson, Arizona 85701