**Matthew H. Green**
Bar No. 020827
**LAW OFFICES OF MATTHEW H. GREEN**
130 West Cushing Street
Tucson, AZ 85701
Telephone: (520) 882-8852
Facsimile:  (520) 882-8843
Email: matt@arizonaimmigration.net

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR18-00353-RCC(BGM) |
| Plaintiff, | |
| vs. | **MOTION TO CONTINUE PLEA DEADLINE AND CONTINUE TRIAL DATE** |
| MARCO ANTONIO DE LA GARZA, | |
| Defendant. | 4th Request by Defendant |
| | (**Honorable Raner C. Collins**) |

It is expected that excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(F) may occur as a result of this motion or from an order based thereon.

**COMES NOW** the Defendant, **MARCO ANTONIO DE LA GARZA**, by and through his attorney undersigned, and hereby moves this Court for continuance of the Plea Deadline currently scheduled for October 19, 2018, and Trial currently scheduled for November 6, 2018 for a period of no less than thirty (30) days for the following reasons:

1. Pursuant to 18 U.S.C. Section 3161 (h)(8)(A), (B), the defendant requires additional time to prepare for trial. Although the prosecutor and defense counsel are optimistic that this case will be resolved by plea agreement, should this case proceed to trial additional time will be required to prepare defendant's case and to prepare the defendant to testify. See 18 U.S.C Section 3161 (h)(8)(B)(iv).

2. Assistant United States Attorney, Heather Siegele, has been notified of this continuance, and has no objection to the requested continuance.

This motion is made in good faith and not for the mere purpose of delay.

**RESPECTFULLY SUBMITTED** this 15th day of October, 2018

*s/Matthew H. Green*
Matthew H. Green
Attorney for Defendant

Copy of the foregoing mailed
electronically this date to:

Heather Siegele, Esq.
Lori Price, Esq.
Assistant U. S. Attorney
405 W. Congress, STE 4800
Tucson, AZ 85701

2