# United States of Amercia v. Marco De La Garza
## CR18-00353-TUC-RCC(BGM)

# Exhibit Index

| Exhibit No. | Description |
|---|---|
| A | Documents and materials related to Mr. De La Garza's service in the U.S. Navy |
| B | Documents and materials related to Mr. De La Garza's service in the U.S. Department of Homeland Security, Customs and Border Protection |
| C | Photographs of Mr. De La Garza and his family |
| D | Mr. De La Garza's Letter to the Court |
| E | Letters of support for Mr. De La Garza from family and friends |