# EXHIBIT A

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
| DELAGARZA, MARCO ANTONIO | NAVY-USN | [redacted] |

| 4a. GRADE, RATE OR RANK | b. PAY GRADE | 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) |
|---|---|---|---|
| ET2 | E5 | [redacted] | 20110612 |

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| FORT SAM HOUSTON, TX | [redacted] |

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | b. STATION WHERE SEPARATED |
|---|---|
| USS GREENVILLE (SSN 772) PORTSMOUTH, NH | PERSONNEL SUPPORT DETACHMENT NLON, CT |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE | NONE |
|---|---|---|
| NAVAL RESERVE PERSONNEL CENTER NEW ORLEANS, LA 70149 | AMOUNT: $ 400,000.00 | |

11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.)

ET - 14NO NAVIGATION EQUIPMENT OPERATOR (3 YEARS, 11 MONTHS)
- 9527 MINIATURE ELECTRONIC REPAIR TECHNICIAN (3 YEARS, 4 MONTHS)

X X X X X X X X X X X X X X X X X X X X

| 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|
| a. DATE ENTERED AD THIS PERIOD | 03 | JUL | 14 |
| b. SEPARATION DATE THIS PERIOD | 08 | JUL | 13 |
| c. NET ACTIVE SERVICE THIS PERIOD | 05 | 00 | 00 |
| d. TOTAL PRIOR ACTIVE SERVICE | 00 | 00 | 00 |
| e. TOTAL PRIOR INACTIVE SERVICE | 00 | 00 | 00 |
| f. FOREIGN SERVICE | 00 | 00 | 00 |
| g. SEA SERVICE | 03 | 08 | 25 |
| h. EFFECTIVE DATE OF PAY GRADE | 06 | SEP | 16 |

13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)

FIRST GOOD CONDUCT MEDAL FOR PERIOD ENDING 06JUL13, NATIONAL DEFENSE SERVICE MEDAL, GLOBAL WAR ON TERRORISM SERVICE MEDAL, SEA SERVICE DEPLOYMENT RIBBON(2), ENLISTED SUBMARINE BREAST INSIGNIA.

X X X X X X X X X X X X X X X X X X

14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed)

MINIATURE ELECTRONICS REPAIR, 4WKS, 05MAR; SENIOR NAVIGATION MOD 2, 1WK, 05FEB; NAVIGATION OPERATIONS, 12WKS, 04AUG; NAVIGATION PRINCIPLES, 5WKS, 04JUL; INTERIOR COMMUNICATION PRINCIPLES, 4WKS, 04JUN; ELECTRONICS TECHNICIAN CORE CLASS "A" SCHOOL, 8WKS, 04MAY; TACTICAL COMPUTERS AND NETWORK OPERATOR, 5WKS, 04FEB; BASIC ENLISTED SUBMARINE SCHOOL, 5WKS,

| | | YES | | NO |
|---|---|---|---|---|
| 15a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | | YES | X | NO |
| b. HIGH SCHOOL GRADUATE OR EQUIVALENT | X | YES | | NO |

| 16. DAYS ACCRUED LEAVE PAID 01.5 | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | NO |
|---|---|---|---|
| | | X | |

18. REMARKS

SER: 21831-08-9072DL
BLK 14 CONT'D: 03OCT.
"EXTENSION OF SERVICE WAS AT THE REQUEST AND FOR THE CONVENIENCE OF THE GOVERNMENT"
"SUBJECT TO ACTIVE DUTY RECALL AND/OR ANNUAL SCREENING"

X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X

The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) | b. [redacted] and address - include ZIP Code) |
|---|---|
| [redacted] | [redacted] |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO | TX | DIRECTOR OF VETERANS AFFAIRS | X | YES | | NO |
|---|---|---|---|---|---|---|

| 21. SIGNATURE OF MEMBER BEING SEPARATED | 22. OFFICIAL AUTHORIZED TO SIGN (Type name, grade, title and signature) |
|---|---|
| [signature] | J STEVEN LAPINSKI, PERSHEAD, BYDIROIC [signature] |

DD FORM 214, FEB 2000 PREVIOUS EDITION IS OBSOLETE. MEMBER - 1

SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (include upgrades) |
|---|---|
| RELEASED FROM ACTIVE DUTY AND TRANSFERRED TO NAVAL RESERVE | HONORABLE |

| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENTRY CODE |
|---|---|---|
| MILPERSMAN 1910-104 | MBK | RE-R1 |

28. NARRATIVE REASON FOR SEPARATION
COMPLETION OF REQUIRED ACTIVE SERVICE

| 29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD) | 30. MEMBER REQUESTS COPY 4 (Initials) |
|---|---|
| TL: NONE | MAD [initials] |

DD FORM 214, FEB 2000 PREVIOUS EDITION IS OBSOLETE. MEMBER - 4



**DEPARTMENT OF THE NAVY**
COMMANDING OFFICER
USS GREENEVILLE (SSN-772)
FPO AP 96666-2428

1430
Ser SSN772/014
3 Jun 06

From: Commanding Officer, USS GREENEVILLE (SSN 772)
To: ET3(SS) Marco A. Delagarza, USN, [redacted]

Subj: AUTHORITY TO ASSUME THE TITLE AND WEAR THE UNIFORM OF A PETTY OFFICER SECOND CLASS

Ref: (a) MILPERSMAN 1420-060

1. Under reference (a), you are hereby authorized to assume the title and wear the uniform of a Petty Officer Second Class effective immediately.

2. Your appointment carries with it the obligation that you exercise increased authority and willingly accept greater responsibility. Occupying now a position of greater authority, you must strive with a renewed dedication toward the valued idea of service with honor.

3. Under reference (a), you will not be entitled to pay or other monetary allowances of a Second Class Petty Officer until actually advanced to the pay grade for which you have been selected.

4. Congratulations!

L. C. SELBY

Copy to:
Service Record



**DEPARTMENT OF THE NAVY**
COMMANDING OFFICER
USS GREENEVILLE (SSN-772)
FPO AP 96666-2428

1650
Ser SSN772/017
24 Jun 08

From: Commanding Officer, USS GREENEVILLE (SSN 772)
To: ET2(SS) Marcus A. Delagarza, USN

Subj: FORWARDING OF NAVY AND MARINE CORPS ACHIEVEMENT MEDAL

Encl: (1) Award citation

1. Enclosure (1) is forwarded with pleasure.

A. D. DORRBECKER

# Naval Submarine School

This certificate has been awarded to

SR (SU) Marco A. Delagarza

who has successfully completed

TACTICAL COMPUTERS & NETWORK OPERATORS (A-531-0767)

Naval Submarine School, Naval Submarine Base New London
Groton, Connecticut

Date February 9, 2004

ETC (SS) Moore, D.L.
N515 BRANCH DIRECTOR



# Naval Submarine School

This certificate has been awarded to

**SR (SU) MARCO A. DELAGARZA, USN**

who has successfully completed

Basic Enlisted Submarine Course (A-060-0011)

Naval Submarine School, Naval Submarine Base New London
Groton, Connecticut

Date November 7, 2003

F. J. Donahue
LT USN



# Naval Submarine School

This certificate has been awarded to

ETSA Marco A. Delagarza

who has successfully completed

SSN Class Navigation Operator Course
(A-102-0387)

Naval Submarine School, Naval Submarine Base New London
Groton, Connecticut

Date   06 August, 2004



ETC(SS) H.S. Andenora
Branch Head

# Naval Submarine School



This certificate has been awarded to

ETSA (SU) Marco A. Delagarza

who has successfully completed

IC Principles
(A-623-0121)



Naval Submarine School, Naval Submarine Base New London
Groton, Connecticut



Date May 28, 2004

Daniel B. Wilson
ETC(SS), USN
Interior Communications Section Director





# Naval Submarine School

This certificate has been awarded to

*ETSA/SU MARCO A. DELAGARZA*

who has successfully completed

*Electronics Technician Core*
*(A-100-0138 Rev B.)*

Naval Submarine School, Naval Submarine Base New London
Groton, Connecticut

Date *03 MAY 2004*

*ETC (SS) A. R. Kight*
*Branch Head*

25 March 2005

From: OIC, Center for Surface Combat Systems, Pearl Harbor Detachment
To:   Commanding Officer   USS GREENVILLE

Subj: COMPLETION OF COURSE OF INSTRUCTION AND ELIGIBILITY FOR NAVY
      ENLISTED CLASSIFICATION

Encl: (1) Skills profile for Miniature Electronic Repair (A-100-0072)
          2M Program Course

1. **ET3**          **Delegarza, Marco A**          ██████████████
   (RATE)              (LAST NAME, FIRST NAME, MI)

has satisfactorily completed the course requirements for Miniature Electronic
Repair (A-100-0072) 2M Program Course conducted at Fleet Training Group,
Pearl Harbor or. **28-Feb-05**   to   **25-Mar-05** with a final grade of **SAT**.
              (CLCVN)              (CLEND)                        (Final Mark)

2. Enclosure (1), which is a concise listing of performance skills and
knowledge currently taught in the above course, is forwarded to provide
supervisors with a base from which to develop on-the-job training programs in
order to optimally employ personnel.

3. Personnel Qualifications Standards (PQS): - none developed

4. Personnel who have successfully completed the Miniature Electronic Repair
course are recommended for NEC 9527 through input to the Navy Integrated
Training Resources and Administration System (NITRAS). It is the
responsibility of the student to ensure this letter is delivered to his/her
command.

5. This document is valid upon instructors original signature.

_Daniel M ____ ETC(sw)_          _25-MAR-2005_
(INSTRUCTOR)                      (DATE)

_M. Martin_

M. MARTIN, LT
OIC, CSCS Detachment, Pearl Harbor

The Commanding Officer, USS GREENEVILLE(SSN 772)

takes pleasure in commending

Electronics Technician Second Class(SS)
MARCO A. DELAGARZA
United States Navy

for service as set forth in the following

CITATION

"For outstanding performance of his duties while serving in USS GREENEVILLE (SSN 772) as a member of Navigation Division from October 2007 to December 2007. Petty Officer Delagarza consistently performed his demanding duties in an exemplary and highly professional manner.  A key member of the Navigation Team, he proved his expertise while ensuring the ship was able to safely complete an Arctic transit from Pearl Harbor, Hawaii to Groton, Connecticut – a voyage of over sixteen thousand miles.  Especially noteworthy was his expert attention to detail and forceful backup as Quartermaster of the Watch during the long, slow, tedious submerged transit of the extremely shallow waters of the Bering Sea, Bering Strait and the Chukchi Sea.  His superb skill and dedication was directly responsible for the timely preparation and approval of more than 85 charts required to safely complete the Arctic transit, including the flawless execution of an emergent port visit to Bangor, Washington for material repairs.  Petty Officer Delagarza's outstanding professional performance and total dedication to duty reflected credit upon himself and were in keeping with the highest traditions of the United States Naval Service."

A. D. DORRBECKER



# DEPARTMENT OF THE NAVY

THIS IS TO CERTIFY THAT
THE SECRETARY OF THE NAVY HAS AWARDED THE

## NAVY AND MARINE CORPS ACHIEVEMENT MEDAL

(GOLD STAR IN LIEU OF 2ND AWARD)

TO

ELECTRONICS TECHNICIAN SECOND CLASS (SS) MARCUS A. DELAGARZA, UNITED STATES NAVY

FOR

PROFESSIONAL ACHIEVEMENT IN THE SUPERIOR PERFORMANCE OF DUTIES WHILE SERVING AS A MEMBER OF NAVIGATION DIVISION ONBOARD PCU NORTH CAROLINA (SSN 777) FROM FEBRUARY TO APRIL 2008. PETTY OFFICER DELAGARZA CONSISTENTLY PERFORMED HIS DEMANDING DUTIES IN AN EXEMPLARY AND HIGHLY PROFESSIONAL MANNER. TEMPORARILY ASSIGNED TO PCU NORTH CAROLINA TO SUPPLEMENT A SHORT-HANDED NAVIGATION DIVISION, HE ATTACKED HIS ASSIGNMENT WITH ENTHUSIASM AND UNMATCHED PROFESSIONALISM. RAPIDLY QUALIFYING QUARTERMASTER OF THE WATCH, HE PROVIDED MUCH-NEEDED WATCHBILL FLEXIBILITY AND MENTORING TO JUNIOR PERSONNEL. HIS DILIGENT WATCHSTANDING HELPED ENSURE THE SAFE OPERATION OF THE SHIP IN FIVE UNIQUE AND DIVERSE OPERATING AREAS OF THE ATLANTIC COAST, INCLUDING SHALLOW WATER AND HIGH CONTACT DENSITY ENVIRONMENTS. A MODEL SAILOR, LEADER AND MENTOR TO EMULATE, PETTY OFFICER DELAGARZA'S CONTRIBUTIONS RESULTED IN NORTH CAROLINA SUCCESSFULLY COMPLETING VITAL TESTING FOR THE FUTURE OF THE VIRGINIA CLASS SUBMARINE PROGRAM. PETTY OFFICER DELAGARZA'S MANAGERIAL ABILITY, PERSONAL INITIATIVE, AND UNSWERVING DEVOTION TO DUTY REFLECTED GREAT CREDIT UPON HIMSELF AND WERE IN KEEPING WITH THE HIGHEST TRADITIONS OF THE UNITED STATES NAVAL SERVICE.

GIVEN THIS 3RD DAY OF APR 2008

DEPARTMENT OF THE NAVY • UNITED STATES OF AMERICA

FOR THE SECRETARY OF THE NAVY
M. E. DAVIS
Captain, United States Navy
PCU NORTH CAROLINA (SSN 777)

NAVSO 1650/12 (REV 7-99)
S/N 1104-LF-982-3000

# DEPARTMENT OF THE NAVY

THIS IS TO CERTIFY THAT
THE SECRETARY OF THE NAVY HAS AWARDED THE

## NAVY AND MARINE CORPS ACHIEVEMENT MEDAL

TO

ELECTRONICS TECHNICIAN SECOND CLASS (SS) MARCO A. DELAGARZA, UNITED STATES NAVY

FOR

"PROFESSIONAL ACHIEVEMENT WHILE SERVING AS A MEMBER OF NAVIGATION DIVISION IN USS GREENEVILLE (SSN 772) FROM NOVEMBER 2006 TO MAY 2007. DEMONSTRATING UNMATCHED INITIATIVE AND MOTIVATION, HE WAS A KEY CONTRIBUTOR TO THE EFFICIENT REPAIR TO CRITICAL SHIP'S SYSTEMS TO INCLUDE THE RING LASER GYRO NAVIGATION SYSTEM, NUMBER ONE PERISCOPE FAIRING RELAY, AND THE CENTRAL ATMOSPHERE MONITORING SYSTEM. HIS EFFORTS RESULTED IN THE SHIP'S ABILITY TO CONTINUE ITS DEPLOYED TASKS. A CENTRAL FIGURE IN THE PREPARATION OF NAVIGATION CHARTS, HIS DILIGENCE ENSURED SAFE OPERATION OF THE SHIP AND THE SUCCESSFUL COMPLETION OF TWO NATIONALLY TASKED MISSIONS AND SEVERAL OPERATIONS, INCLUDING FOAL EAGLE 07, MALABAR 07-1, AND THE FIRST FORWARD-DEPLOYED ADVANCED SEAL DELIVERY SYSTEM EXERCISE IN THREE YEARS. PETTY OFFICER DELAGARZA'S DISTINCTIVE ACCOMPLISHMENTS, UNRELENTING PERSEVERANCE, AND STEADFAST DEVOTION TO DUTY REFLECTED CREDIT UPON HIMSELF AND WERE IN KEEPING WITH THE HIGHEST TRADITIONS OF THE UNITED STATES NAVAL SERVICE."

GIVEN THIS 25TH DAY OF AUGUST 07

FOR THE SECRETARY OF THE NAVY
A. D. DORRBECKER
CDR, USN
COMMANDING OFFICER

# Certificate of Completion

Naval Submarine Training Center Pacific

Certifies that

## ET3 Marco A. Delagarza

Has successfully completed the

Senior Navigation Module 1

Course A-061-0025

STRENGTH THROUGH COMPETENCE

[signature] 4 Feb 2005

M.J.S. Sangster, CDR — Date

CODE 10 Department Head

AEGIS TRAINING & READINESS CENTER
DAHLGREN, VIRGINIA

*This certificate has been awarded to*

*Marco A. Delegarza*

*who has successfully completed*

*Miniature Electronic Repair (A-100-0072)*

*at*

*Center for Surface Combat Systems Detachment*
*Pearl Harbor, Hawaii*

*this* 25th *day of* March 2005

ROGER C. EASTON, JR.
Captain, U.S. Navy
**Commanding Officer**



# CERTIFICATE OF APPOINTMENT

To all who shall see these presents, greetings:

Know ye, that by the authority vested in me and reposing special trust and confidence in the patriotism, valor, fidelity and abilities of

## MARCO ANTONIO DELAGARZA

I do hereby appoint you to the rate of

## ELECTRONICS TECHNICIAN THIRD CLASS

In the
UNITED STATE NAVY

to the rank of such from the twenty-fifth day of December, two thousand and four.

TO THE APPOINTEE

Your appointment as a petty officer in the United States Navy makes you heir to a long and proud tradition of Naval leadership. By accepting this appointment, you are charged with demonstrating those standards of performance, moral courage, and dedication to the Navy and the Nation which may serve as an enviable example to your fellow Navy men and women.

Your desire to excel and to guide others must be boundless; your appearance must be a model for others and your performance must be continual reflection of your sincerity, attention to duty, and moral responsibility. By exhibiting unfailing trust and obedience toward superiors, cooperation and loyalty to your peers, and understanding and strength to your subordinates, you will contribute greatly to the effectiveness and good name of the United States Navy.

Given under my hand onboard USS GREENEVILLE (SSN 772) this twenty-fifth day of December in the year of our Lord two thousand and four.

L C. SELBY
Commander, U.S. Navy
Commanding Officer,
USS GREENEVILLE (SSN 772)



# Certificate of Completion

*Know ye, that*

## ET3 Marco Delagarza

*has successfully completed the*

# Petty Officer Indoctrination Course

*this 3rd day of December, 2004*

*As a Petty Officer in the United States Navy, having earned the special trust and confidence of your superiors, you are now heir to a long and proud tradition of naval leadership. By using the skills you have learned in this course, you will contribute greatly to the pride and professionalism of the United States Navy.*

*Congratulations.*

M. A. Erhardt, CMDCM (SS), USN
Command Master Chief
Naval Submarine Support Command
Pearl Harbor Hawaii

# CERTIFICATE OF COMPLETION

Naval Submarine Training Center Pacific

Certifies that

## ET3 MARCO A. DELAGARZA

Has successfully completed the

Senior Navigation Module 2

Course A-061-0026

February 11, 2005

M.J.S. Sangster, CDR — Date

CODE 10 Department Head

NAVSUBTRACENPAC

STRENGTH THROUGH COMPETENCE





*Know all men by these presents that*

**Electronics Technician Third Class Marco A. Delagarza**

*having successfully completed the rigorous professional requirements for qualification in submarines, having gained a thorough knowledge of submarine construction and operation, having demonstrated his reliability under stress, and having my full confidence and trust, I hereby certify that he is*

*Qualified in Submarines*

*on board*

USS Greeneville (SSN 772)

13 July 2005

Date

Commanding
L. C. SELBY
CDR, USN
USS GREENEVILLE (SSN 772)



NAVAL SUBMARINE TRAINING CENTER PACIFIC

# *CERTIFICATE OF GRADUATION*

Presented to

**ET3 Marco Delagarza**

for successful completion of the prescribed course of study for

Basic Noise Reduction Principles
(A-210-0020)

On March 22, 2006

LT W. Gardner
Ford Island Schools Director

# CERTIFICATE OF COMPLETION

# VOYAGE MANAGEMENT SYSTEM

**Naval Submarine Training Center Pacific**

*Certifies that*

*ET3 Marco A. Delagarza*

Has successfully completed the Voyage Management System A-061-0014.

Combat Systems Department Director

*July 14, 2006*

Date