# EXHIBIT B



**U.S. Department of Homeland Security**
Glynco, GA 31524

**U.S. Customs and
Border Protection**

May 16, 2013

Customs and Border Protection Officer Marco A. De La Garza Jr.
U.S. Customs and Border Protection
Douglas, Arizaona

Dear Officer De La Garza:

During your attendance in CBP Officer Basic Training Session 325, you were honored by being
assigned as a Squad Leader.  This position requires dedication, communication, and
organizational skills as well as a willingness to give of oneself.  A Squad Leader must foster a
strong spirit of Esprit de Corps among the individuals in the squad to unite them.  It is a pleasure
to recognize this talent in you by the issuance of this letter.

Your demonstrated leadership skills during the duration of training are to be commended.  A
copy of this letter is being forwarded to your Port Director.

Sincerely,

Kevin J. Strong
Director
CBP Field Operations Academy



**U.S. Customs and Border Protection**
**Field Operations Academy**
**Officer Basic Training Session 325**
**January 10 – May 16, 2013**
**Glynco, Georgia**



This certificate is
awarded to

*Marco A. Delagarza*

in recognition of Ten Years
of service in the
Government of the
United States of America.

April 9, 2017

William K. Brooks
Director, Field Operations
Tucson, AZ

# The United States of America
## Department of Homeland Security
# Federal Law Enforcement Training Center

By virtue of the authority vested therein, the Faculty hereby confers upon

## *Marco A. DelaGarza*

the honor of this certification for

# SharpShooter



For successful completion of all practical aspects of the training as set forth in the requirements for

## Customs and Border Protection Officer Basic Training
## CBP_OBT-302A/Session 325

In testimony whereof, this certificate is awarded under the seal of the U. S. Department of Homeland Security at the Federal Law Enforcement Training Center, this 16th day of May, 2013.



## Homeland Security

*Walter C. Kocan*
_____
**Chief**
**Firearms Division**

**Department of Homeland Security**
**U.S. Customs and Border Protection**
**Glynco, Georgia**

## U.S. Customs and Border Protection
## Field Operations Academy

*of the Federal Law Enforcement Training Centers Board*
*s and on recommendation of the Faculty awards this*

## Certificate of Graduation

*to*

# RCO A. DELAGARZA JR.

*for having completed all requirements in*

*CUSTOMS AND BORDER PROTECTION*
*CER BASIC TRAINING ACADEMY SESSION 325*





May 16, 2013
_____
*Date*

_____
*Kevin J. Strong*
*Director, Field Operations Academy*
*U.S. Customs and Border Protection*

*enters*



**Department of Homeland Security**
**U.S. Customs and Border Protection**
**Glynco, Georgia**

*U.S. Customs and Border Protection*

*Field Operations Academy*

By authority of the Federal Law Enforcement Training Centers Board
of Directors and on recommendation of the Faculty awards this

*Certificate of Graduation*



*to*

# MARCO A. DELAGARZA JR.

*for having completed all requirements in*

CUSTOMS AND BORDER PROTECTION
OFFICER BASIC TRAINING ACADEMY SESSION 325

| | | |
|---|---|---|
| *Connie L. Patrick* | May 16, 2013 | *Kevin J. Strong* |
| Connie L. Patrick | Date | Kevin J. Strong |
| Director | | Director, Field Operations Academy |
| Federal Law Enforcement Training Centers | | U.S. Customs and Border Protection |