# EXHIBIT D

Marco A. De La Garza



January 16th, 2018

Dear Judge Collins,

I write this letter to express how sorry I feel about having committed the crime of falsifying statements in a passport application and lying about my citizenship. This last year has been the toughest year of my life. I accept full responsibility for having committed these crimes and I want to make things right.

Growing up my parents told me that I was a U.S. citizen and my whole childhood I was lead to believe this was true. Because of that, I grew up thinking I would do my duty one day and join the U.S. military. Both my parents tried to discourage me from joining the U.S. military by telling me that most people that joined came back with PTSD or in a casket. By the time I was 17 I knew it was time to go live in America and join the U.S. military, it was then that I asked for my birth certificate and my mother told me that I had been lied to my whole life and I was and had been all along, a Mexican citizen. I refused to believe that to be the truth and still came to America with my U.S. birth certificate that she had given me.

I convinced myself I was a U.S. citizen after requesting a copy of birth certificate and social security card from the state of Texas. When I got them in the mail, I believed my parents had lied to me and tried to deceive me just to keep me from joining the U.S. military. In retrospect, I fully understand now that I was being selfish in my desire to serve my country that I had so loved. I should have pushed my parents more for information instead of dismissing it.  In reality, I jeopardized the U.S. in my jobs with the U.S. Navy, Child Protective Services and later by joining CBP, as I left a possibility open to be extorted. I realize how bad it could have been and how lucky I was to never have been blackmailed or taken advantage of, and for this I am truly very sorry.

Since my arrest, I lost my income, so we had to take our 2 girls, ███████████████████████ out of daycare. I have been taking care of our girls while my wife works full time at her job to support all of us. I watch the girls, but I also teach them since they are too young to go to school. I do the chores and keep up the house. In the future I would like to legalize my immigration status through my U.S. Navy service, then get my driver's license to help my wife more. I intend to stay in the house helping with my daughters until they go to school since daycare is very costly (███ is due to start school in 2020 and ███ in 2021). While they would still be at home, I would like to look for in-home job opportunity to generate some extra income in the house or start college at our local community college. Once both of our daughters are in school, if I haven't found a good job, I would start looking for a job as a handyman since I have a knack for fixing and figuring things out on my own.  All of this assumes that I will be able to work, drive and live here in the United States legally and with my family, considering my immigration situation.

Judge Collins, my family and I would greatly appreciate if you would not sentence me to be incarcerated. Since my arrest I have been taking care of our two young girls whom I love with all my heart and it would make it very rough on my loving wife to take care of them by herself.

I also plead for you not give me a high fine to pay. Ever since I lost my job all financial responsibility has fallen on my wife and has been very stressful on her. We moved to a smaller home, sold one of our vehicles, and cashed out our TSP and 401k accounts in order to pay for legal fees, which will continue, even after sentencing. Having a high fine to pay might make my wife lose the house we now live in, as all financial burden will fall to her.

I served my country in the U.S. Navy honorably and with pride.  I took my job as a CBP Officer seriously and it shows in my work history with them. I hope my combined 10 years of U.S. government service without fail and with the utmost pride allow for your honor to have clemency on what can be the rest of my family's lives and livelihood.

Sincerely,

Marco A. De La Garza