# EXHIBIT E



March 23, 2018

To Whom It May Concern:

My name is Tracy Lynn De La Garza. I am 33 years old and I currently reside in Hereford AZ with my husband, Marco Antonio De La Garza JR. We have two daughters█████████████a (3 years old) and█████████████ De La Garza (1 year old). My father, Bradley Dean Cottrell and my mother, Karen Marie Cottrell were high school sweethearts. My father was in the Army for a total of 24 years. While my father was stationed in Augsburg Germany, I was born and have a certificate of birth abroad. Two years later, my sister Jessica Marie Cottrell was born. Jessica is not married to David Andrew Waller and has taken his last name, they have 2 kids, 3 year old twins David Bradley and Jolene Marie. My parents have always been big on family time and this shows in my family with our kids. We are all very close and enjoy spending time together. I have worked as a government contractor for 12 years and currently I have a top secret security clearance and work as a team led managing a multi-tier help desk.

I met Marco through eHarmony (the online dating service) in June of 2013. I was very skeptical of online dating, so when we were matched, we met in person the next day. Marco took me out to the nicest restaurant in the Sierra Vista area, he was a perfect gentlemen and listened to what I had to say. We continued seeing each other as often as possible, and within a month we were engaged, in two, we were living together and finally in November of 2013, we were married. We bought a new house together in December 2013 and I got pregnant in February 2014. We have since had two beautiful, smart, caring girls,█████████████. We spend every moment we can together. We love our family and our family life.

Marco is a great man. He is honest, caring, loving and helpful. He is the kind of person you meet and instantly want to be their friend. Marco is my husband, my best friend, my soulmate and the father of our children. He means the world to me and nothing will keep my two girls and myself from being with him. He has made my life better than I ever thought possible. He always stops to help strangers. There were a few occasions where we were out in public where he carried his duties as a federal officer. Once he stopped a runner who was being chased by Border Patrol while we were at a barbeque at my parent's house and another time, while shopping in Safeway, he apprehended a shoplifter who had evaded Safeway security. He is my hero, he missed so many holidays and birthdays because of his job. And since he got put on suspension and since quit, these have been the happiest times in our lives, we see each other every day, he gets to be with his kids and our family life has never felt so full. Marco often helped his coworkers, many of whom don't speak Spanish well and is great at his job, his integrity showed all the time. He is a proud Navy veteran and he means everything to my girls and myself. He is a fantastic father to our girls, he is a loving husband to me and he is my best friend. Words cannot express how much he means to us. If you saw him with our kids or the way he treats me, or just talked to him, I guarantee you would see it to.

Thank you for your time,

Tracy Lynn De La Garza

To whom it may concern,

I am a retired US Army Sergeant Major (23 years), and a retired Director of Operations (17 years) from General Dynamics Information Technology. I have lived in Sierra Vista, AZ for the last 18 years.

I met Marco in June 2013, when he began dating my daughter Tracy. On November 30, 2013 they were married in a private ceremony at my home. They decided to have a vow renewal and reception later in June 2014 so our family and friends outside of our area could celebrate with them. We are a very close-knit family and have family gatherings almost weekly.

I would describe Marco's character as honest, humble, ambitious, personable, and reliable. He is the type of person that would give you the shirt off his back. I can call him at any time during the day or night for assistance and I know Marco would be there as soon as he could, and without question.

Marco is a family man. I have seen Marco interact with his wife and kids and I know he is very loving, caring, and supportive. I saw him stay by my daughter's side for over 24 hours while she was in labor and delivery with their first born. I saw a proud father beaming from ear-to-ear when both of his two daughters were born. On this past President's Day weekend he took his family to Legoland and the beach in California. He sent photos to us that showed a happy family at a happy time. After his release from custody I saw him hug his two girls so tight, with tears running down his face, he didn't want to let go.

Marco is very proud of his military and CBP service. In his home you will see items such as; coffee mugs, a clock, and other trinkets, that he proudly displays reflecting his time in the US Navy and his CBP service. His US Navy boot camp photo and his FLETC class photo are proudly displayed on the wall. He often talks about his five years of "Honorable" service in the US Navy as a submariner. He has shown me his two US Navy "Letters of Achievements", and pictures of the submarine he served on. I had met two of Marco's CBP supervisors in 2017 and both of them spoke very highly of Marco. He was very proud of his CBP service. He was voted in as a Morale, Welfare and Recreation vice-president by his co-workers.

Marco has upheld and enforced the laws of the United States, and has been a stellar citizen of our community. One time while shopping with his wife and daughter he apprehended a thief trying to get away at the Safeway Supermarket in Sierra Vista. Another time, during a family gathering at my home, Marco saw a Border Patrol Agent chasing a

suspect.  Marco headed off the suspect and tackled and held the suspect until the Border Patrol Agent arrived.  Marco has volunteered as a Star Wars character to support ill/recovering children, and to raise money for the Salvation Army during Christmas.  He has participated in local parades as both a Star Wars character and as a CBP officer.

   Marco is a good man, a great husband and father, and I am proud to have Marco as my son-in-law.

Sincerely,

Bradley Cottrell

To whom it may concern,

I have lived in Sierra Vista, Arizona since the year 2000 with my husband of 39 years; Bradley Cottrell. I have had many jobs throughout my life due to my husband's military career and met many good friends along the way. I stopped work when I was diagnosed with Parkinson's disease four years ago.

I have known Marco De La Garza since he started dating my daughter in 2013. I instantly liked Marco when I met him and was thankful my daughter met someone so kind and courteous. Over the years Marco and my daughter Tracy have had two beautiful girls, █████ 3 1/2 years old now and █████ 1 ½. We spend a lot of time with them as we live just a few minutes away from each other.

I have always liked Marco. From the first time I met him to this day, I would trust him with my life. He is what every mother would want in a son-in-law. Marco is kind, caring, loving, and honorable. No matter what I need, he is always there for me. Never complains or questions what I ask of him. Even before I was diagnosed with my disease, he was there for me whenever I needed anything. He offers help sincerely and without question. He is a good man. I have known many people in my military wife life... and **Marco has done more for this country honorably than most people ever dream of doing. I am proud of the man that Marco is, and thankful he is the father of my granddaughters.**

Sincerely,

*Karen M. Cottrell*

Karen M. Cottrell
██████████
████████████
████████

# GENERAL DYNAMICS
Information Technology

James M. Newlon



19 March 2018

Re: Marco De La Garza

To: Whom it may concern,

I currently manage a team of 43-instructors supporting the United States Army Military Intelligence Center of Excellence at Fort Huachuca, Arizona. I have done so since February 2008. I hold a high level US Government personal security clearance. I also have more than 22-years active duty with the US Army culminating as the Senior Enlisted Career Manager for both the US Army Military Police Branch and the US Army Military Intelligence Branch in Alexandria, Virginia.

I've known Tracy De La Garza since she was a baby. I met her husband, Marco De La Garza, in 2013. My contact with him has mostly been at social events such as weddings, child birthday party, a retirement luncheon, and family gatherings. However, I have met privately with Marco and Tracy on at least four occasions. I've also known his in-laws (Brad and Karen Cottrell) since we met in Germany (US Army) in 1985.

Marco De La Garza impressed me early on as a man displaying respect for others. He displays genuine love and devotion to his wife, Tracy, and to their children ████████ ████ He cares for their safety, their development, and their well-being. He appears to place his family well above his own needs or desires. He displays a pleasant demeanor and seems to be happy with his life as a family man and as a US Customs agent.

Mr. De La Garza always exhibited responsible behavior in my eyes. He impressed me on one occasion as he and Tracy were considering a new car. They consulted with me concerning a Subaru due to the safety aspects. Marco showed Tracy the utmost respect while they examined my own Subaru. He used terms of endearment, he never interrupted her as she asked questions or voiced her financial concern. There have also been several occasions where I've witnessed him displaying patience, care, and affection towards his daughters. He respects and is proud of his family!

I have never heard Mr. De La Garza say anything negative about anybody. He loves his family, his job, and the United States. He served in the US Navy aboard a nuclear submarine. He's protected our country as a submariner and as a customs agent. He's shown me nothing but the attributes of a good man who cares for others.

**GENERAL DYNAMICS**
Information Technology

I'm proud to know Marco De La Garza. I'm happy that he and Tracy met. He has been a positive influence in her life. They are a good team working together to build a good family. I've always considered their marriage as mutually beneficial. Both are happy and have positive goals. Together, they present a solid example for their daughters to grow and to develop into mature and productive adults.

Respectfully submitted,

*James M. Newlon*

James M. Newlon
Senior Program Manager

March 26, 2018

To Whom It May Concern

Since September 2006 I have been a Senior Program Manager for General Dynamics Information Technology (GDIT) in Sierra Vista, Arizona. The programs I lead provided training and training development services to the New Systems Training and Integration Directorate on Fort Huachuca and the U.S. Army worldwide. Prior to my career with GDIT I served 23 years as a U.S. Navy Officer.

I first met Mr. De La Garza through a mutual friend in 2013 and spoke with him on numerous occasions over the past five years.  Our meetings were in passing or over lunch.

I found Mr. De La Garza to be honest and of the highest character. Being Navy Veterans, we shared similar experiences and memories. The selection process for submarine duty is one of the most stringent in the Navy. Only the finest Sailors become candidates for this arduous duty. Candidates must complete a focused training program and a thorough security clearance background investigation.  Only those who pass all aspects of the qualification program are selected for the "silent service".

Sincerely,

Michael J. Fay
Lieutenant Commander, U.S. Navy
Retired



To Whom it May Concern:

My name is William Wilcoxen, Jr. I grew up in Roscoe, IL and moved to the northwest Chicago suburbs in approximately 1999 after completing my bachelor's degree at Northern Illinois University in 1997. I have always worked in accounting field and became a CPA in August 2000. I currently work for a CPA firm in the northwest suburbs of Chicago preparing companies' financial statements and tax returns, consisting of corporate, partnership and individual returns . I am married to Gema and we have a 3 year old girl named Juliana.

Gema and I first met Marco De La Garza when we went to Arizona in November 2013 for their wedding. We visited at family events during this week such as bbqs and other social gatherings. Most recently, Marco, Tracy and their two girls, ███████████, visited us in January 2018 and spent two days with us. Marco wanted to have girls experience snow since he never saw snow as a child. We went to dinner and toured Chicago for a day taking children to Navy Pier, children's museum and driving around to see the sights.

In my opinion, Marco is an excellent father and husband. I noticed he changed multiple diapers, played with his two girls and Juliana and cleaned up after breakfast and lunch. He also made sure to clean up the toys in the playroom. Marco told me that he wants to be around for his girls and ensure they become responsible young women. I feel he has good family values and has lots of respect for other people. He treasures all of his time with his family and this is the only thing he cares and talks about. He mentioned that he turns down invitations for guy trips so he can spend more time with his family.

William Wilcoxen, JR

To Whom it May Concern:

My name is Gema Wilcoxen. I grew up in Mexico and came to the United States when I was 11 years old. I am fortunate to be able to stay at home taking care of our daughter, █████. I am a US citizen and married to William Wilcoxen, Jr.

I first met Marco De La Garza when we traveled to see William's brother in Arizona in November 2013 and we attended William's niece, Tracy and Marco's wedding. During this visit, Marco took us up to a mountain top to see the border between Mexico and US. Marco explained what does for work and expressed his appreciation of his work. Marco introduced us to a Border Patrol agent and we spoke for awhile. We also attended their rehearsal dinner and met Marco's family. Marco, Tracy and their girls came to see us in January 2018. They were excited about the snow and we were excited to see them since one of Marco's girls is █████ age.

I think Marco is a devoted father and husband. Marco would do anything for his family. He has very strong values and beliefs about family. He is a very family oriented person and smart guy that knows what is best for his family.


*Gema Wilcoxen*
Gema Wilcoxen

# Angelika Lopez

March 24, 2018

To Whom It May Concern.

This letter is on behalf of Marco De La Garza.

I am Angelika Lopez, 55 years of age. I am married to my husband Rene' for 35 years and we raised two daughters. My family and I moved to Sierra Vista in June 1995, due to my husband's duty assignment to Ft. Huachuca. Over the years I worked for the Sierra Vista School District, Castle and Cook, the Palms and eventually attended Cochise College to become a Registered Nurse and worked for Kindred nursing home. Due to chronic health issues I currently don't work outside the home. I am a member and volunteer at St. Andrews Catholic Church where I enjoy helping out with special social projects

I interact with Marco on a social level. His parents in law and their daughters are close friends to me and my family. There is a close knit bond between our families that has developed over the last 15 years. I first met Marco in December 2013. Marcos wife Tracy wanted to introduce her new husband and we went out to dinner. I was present at their vowel renewal and reception in June 2014 and got to meet Marco's family and friends. We all cheered and celebrated when we found out Marco and Tracy were expecting their oldest daughter███ and then again daughter███. I get to see Marco, his wife and kids quiet often at his in laws home. I also attended birthday parties for the girls at Marco's and Tracy's house.

The first time I met Marco I liked him right away. He was friendly and easy to talk to. He proudly talked to my husband and me about his five years of service on a nuclear submarine and how much he liked his current position as a US customs officer. I noticed how attentive he was toward his wife and I could just tell by the look on his face how much he loves Tracy. Marco is a kind individual and always ready to extend a helping hand. Manny times I witnessed him assisting his Mother in law with little tasks like tying her shoes or just getting a glass of water for her, since she suffers from Parkinson's disease. Over the past years I watched Marco become a loving and responsible father to his two daughters███ and ███ Every time I see Marco and the girls I admire his patience and calm demeanor in handling temper tantrums and sibling rivalries. In my opinion, he is the kind of man every mother wants for her daughter. Marco, Tracy and the girls are the picture perfect "All American Family".

Sincerely,

Angelika Lopez

March 28, 2018


Law Offices of Matthew H. Green

130 West Cushing Street

Tucson, AZ  85701


RE: Marco De La Garza


To Whom It May Concern


My husband and I moved to Sierra Vista, AZ, in the year 2001.  We are
both retired from law enforcement in the state of Michigan.


We both became friends of the Cottrells as a result of being close
neighbors, since our move here.  They have invited us to many of their
family get-togethers.  It was at one of these gatherings that I met Marco.


I have been witness to Marco's interacting with family and friends of the
family.  On all occasions Marco presented himself as a very polite and
respectful man.  He treats his wife and daughters with the love and caring
not always so visible in husbands and fathers.  His respect for his in laws is
equally remarkable.  Marco treats me with respect and as if I've been a life-
long relative.


Respectfully Submitted,

Pamela S. Iseler

To Whom It May Concern,

My name is William Hargis. I was transferred by the US Army to Fort Huachuca, Arizona in 1999. I retired honorably from the US Army in 2002, after 30 years of continuous service, and remained in the local area. I then worked for the US government for 2 years before accepting a position with General Dynamics Information Technology, a Defense contractor, where I worked for almost 10 years. After that, I worked for the US Postal Service for a few months. Because of my strong religious convictions and being ordained as a Deacon/Elder in 1982, and my continuous involvement in religious work, I was asked to serve as interim pastor at a local Baptist Church. That interim pastoral lead to a permanent calling and ordination as a Pastor, and I am currently the Pastor of Mountain View Southern Baptist Church in Bisbee, Arizona. I have been the Pastor there since July 2014.

I have known Bradley Cottrell for many years, as we served in the US Army at more than one assignment, the last being at Fort Huachuca. I also worked for Brad some of the time I was employed with General Dynamics Information Technology. I had met Tracy while she too worked for General Dynamics Information Technology and in fact at one time she Indirectly worked for me. I met Marco De La Garza in November 2013 at the request of Brad and his daughter, Tracy. The purpose was to ask me if I would officiate at the wedding of Tracy and Marco. I went to the Cottrell's residence and met with Tracy and Marco, which I believe was the first time I had met Marco. We discussed their relationship, his occupation (mainly the fact that he had a job), their future goals and, as the wedding officiant, what marriage is and involves as related to the Bible and that it was not to be taken lightly. They both agreed with all that we discussed and were both very positive in their understanding. I would not have conducted the ceremony if I had not been assured that they both understood what the Bible says about marriage. I conducted the private ceremony soon after that and also a public ceremony the following June. I had some brief contact with them both between the two ceremonies. They purchased a home not far from my own residence and the next time I had contact with them was there at their home, for a celebration after the birth of their first child, ███████ I was also invited to other birthday celebrations for ████ as well as ████, and again that was at their home.

When I heard of the charges against Marco, I was extremely surprised. Although I never discussed in depth his job with the Border Patrol, I knew that was his occupation and when I visited in his home, he spoke highly of his mission and was proud to serve. I never had any reason to question his character or integrity, in his personal life or his professional life. He always seemed to be honest in his dealings and exemplary in his behavior. It is my hope that this letter will have a positive influence on the sentencing determination.

William G. Hargis

William G. Hargis

Pastor



March 22, 2018

Law Offices of Matthew H. Green

To Who It May Concern:

I am writing this letter in support of Marco De La Garza. I moved to Sierra Vista, Arizona in September 2004 from Sedley, Virginia after retiring from the Ford Motor Company after 36 years of employment at the Norfolk Ford Assembly Plant.

I first met Marco in 2013. We were introduced by his future father-in-law, Bradley Cottrell and mother-in-law Karen Cottrell. I came in contact with Marco time to time through Bradley and Karen Cottrell. My first impression of Marco is that he has been a very loving and supportive husband to Tracy De La Garza and loves his children, ▓▓▓▓▓▓.

Marco has been a dedicated husband and father these last years and has worked very hard to provide them with a nice home and a good life. He has always been very involved with children and their education, health and welfare.

Sincerely,

*Donald K. Hancock*

Donald K. Hancock

To whom it may concern,

My name is Gary Cottrell, I grew up and live in Illinois. I enlisted in the U.S. Marine Corps when I was 17. I was in Viet Nam at 18. I was wounded twice. I received 2 purple hearts, the Viet Nam Cross of Gallentry/with Palm, and other medals.I'm a retired mailcarrier 1977-2008. I have been married for 41 years.I have never been arrested nor do I do drugs. I am 67 years old. My brother Brad made a career in the Army. He was in the first Gulf War. He received a Bronze Star and other medals. He was also in many other places. Our father enlisted in the U.S. Navy during W.W.II. We also have many Uncles and cousins who have served in the military. I feel anyone who has served in the military and honorably discharged, should be respected.

I first met Marco when he renewed his wedding vows with my niece Tracy. I also saw him when I went to Az. to visit my brother. Marco and Tracy and their two kids came to visit us in Illinois in January 2018. They stayed at my sisters.

When I heard he had served in the Navy for 5 years he had my respect. When I met Marco he was kind and friendly. From what I have seen he is a great husband and father. I am proud to have him in our family.

Sincerely,

Gary Cottrell

Gary Cottrell

To whom it may concern,

My name is Christine Cottrell, I'm a 65 year old retired maintence worker.
I've been married for 41 years and lived in the same residents for 31 years.
I have raised two children and a grandson.

I have known Marco since 2013 when he married my niece Tracy. I finally
got to meet him in person this past January when he brought his family to
Illinois for a visit. Upon meeting him he gave me a big hug and said "I'm glad
to finally meet you". After visiting for awhile Marco said I need to go out an
shovel snow so no ones slips and falls. After shoveling he came in and bundled
up his kids to take them out to play in the snow a first for them. He was making
snow angels with them and they were so excited. His children just adore him and
he loves reading and teaching them new things. Marco and Tracy have done a
wonderful job teaching there children right from wrong. They are very well behaved
for being so young.

After listening to Marco talk about serving in the Navy for 5 years I could see
how proud he is to be a veteran. Marco is a very loving and devoted husband and
father.

He is always looking out for them. Marco showed me alot of respect and
thoughtfulness.

He came across to me as a very sincere and trustworthy person.

                              Respectfully

                          Christine Cottrell

March 22, 2018

Matthew Bryan

████████████

████████

To Whom It May Concern,

My name is Matthew Bryan, I have been a resident of Sierra Vista for 33 years, 3 of which was spent in Tucson, AZ attending college. Currently I am a government contractor working at Fort Huachuca, AZ. Much of my family are also longtime residents of Sierra Vista.

In 2013, I met Marco De La Garza through my long time good friend Tracy Cottrell. Tracy and Marco began dating in June 2013 and moved in together soon after. My first impression of Marco was that he was very caring and had a gentleman attitude. He cared for Tracy very much. Marco and I got along very well and I enjoyed the presence of Marco and the boyfriend he was to my good friend Tracy. In November 2013 I was present for Marco and Tracy's wedding which was held at Tracy's parents' house, and also present for their vow renewal ceremony the following June.

Occasionally I would come over to their house and visit, Marco is very good at making sure people who visit are well taken care of. Always inviting me over anytime I wanted, letting me know of any job positions becoming available where he worked, and always willing to lend a hand in the event I needed help. I do not have anything bad to say about Marco, he treats Tracy very well, and is extremely loving to his 2 young girls. Marco is all around a very respectful and kind hearted man.

Regards,

Matthew Bryan

March 20,2018

To Whom It May Concern,

    Here is some Information about me. My name is Michelle Cottrell.
Marco De La Garza's wife is my cousin. I have lived in Durand, IL since 2006.
My employment for the past 18 years has been with the USPS.
I have a son who is 14 years old.

    I first met Marco when they visted Illinois in January 2018.
I was only able to stay and visit for a few hours.  I wish it could have
been longer.It was great to meet Marco and their kids for the first time.

    After visiting with Marco, I was happy for my cousin Tracy.
She found a great man. Just knowing him for a few hours,
I thought he was very polite and sincere. He was great with the kids.
Their youngest child is a daddy's girl. She stayed close to him.
The kids love their dad very much. Marco was very patient with the kids.
They stayed at my Aunt and Uncle's house when they visited.
Before they left for the day Marco picked up the toys.
That left an impression on me.
I know some people that would leave the toys for my aunt to pickup.
That was very considerate of him. The few hours I was with Marco,
I remember what a great father and husband he is. They have a great family.
Sincerely,

Michelle Cottrell



March 24, 2018

Law Offices of Matthew Green
130 West Cushing Street
Tucson, AZ 85701

To Whom It May Concern:

My name is Jessica Waller and Marco De La Garza is my brother-in-law. I am a disabled veteran of the
US Air Force, and am currently a stay at home mom. I moved to Sierra Vista, Arizona with my family
in the summer of 2000 and, besides my brief years in the Air Force, I have continued to live in Sierra
Vista or the surrounding communities. I graduated with my Master of Education from the University of
Arizona in 2013 with a 4.0 GPA.

I have known Marco De La Garza since June of 2013. Even before my sister, Tracy, introduced me to
Marco, I knew of him while they were dating. Since day one, he has treated my sister and my family
with the utmost respect. My sister and Marco got married in November of 2013 with just my family
and the minister present. They had a large vow renewal and reception in June 2014, at which time I was
the matron of honor and my husband, David, was the best man. Since then, they have had two beautiful
daughters and the strength of love they have for each other is something I sometimes envy.  I have been
to multiple events in which they had various friends and coworkers over where everyone expressed a
great respect and fondness for Marco. Marco's family has been here three times. They are very nice
people and the adoration for Marco is very obvious. Marco is always happy to see them, and was a
helpful person with any communication barriers the two families faced.

Marco's level of patience is impressive to say the least and, not to sound cliché, but he is one of those
people that would not hurt a fly. He is calm and collected always; I have never seen him get worked up
emotionally in a negative way over anything. Marco ultimately, is a very polite, caring, and optimistic
individual. I think the world would be a better place if more people held the demeanor and
characteristics that Marco shows on a daily basis.

Sincerely,

Jessica M Waller

To whom it may concern,

My name is Gayle J. Medley. I am Tracy de la Garza's aunt. I am retired from Harlem school district food service where I was employed for 25 years. My husband is confined to a wheelchair. We have been married for 42 years and have lived in the Machesney Park, Rockford Il. area all of our lives.

I first met Marco in June of 2014. He and Tracy were renewing their wedding vows. Marco and Tracy opened their home to us. Marco was very happy and I also met some of his family while we were there. I have to say I liked Marco right away.

Marco and Tracy have two daughters. On several trips to Arizona, we stayed with Brad and Karen (Tracy's parents) for a week each visit. Marco and Tracy came over and visited with us almost every day. We had a great time. Marco was very helpful. He even made a small ramp so Charles (my husband) could get outside whenever he wanted. He waited on Charles whenever he was around. He was very devoted to his Job as a Customs agent and although tired, he helped cook and spent a lot of time with us. We talked, laughed and had a really great time. They (Marco Tracy and the kids) stayed with for a week in January of 2018. Marco is very attentive to his kids. He bathed them and even got up in the night with them. Every time we've been around him he has always been kind, helpful, respectful and very caring. We all love Marco and are glad Tracy married him.

Respectfully submitted, Gayle Medley

*Gayle J. Medley*

To whom it may concern,

My name is Charles D. Medley Jr. I am an honorably discharged veteran of the United States Marine Corps. (1968 – 1972) I have lived in the same house in Machesney Park, Il for 39 years. I am a member of First Baptist Church of Machesney Park, a registered voter, and proud to be an American.

I first met Marco in June of 2014 when he and my niece Tracy renewed their vows. I met his family at that time. I have since visited with Marco on several trips to Arizona with my wife, Gayle. Marco and Tracy stayed with us with their kids for a week in January of this year. (2018)

Veterans have a sense about other vets. Marco has never given me pause as to his dedication to the values he holds nor his dedication to this country. He proudly speaks of his service in the Navy and the Customs Service. I have found Marco to be honest, reliable and wholeheartedly protective of his family and his country. I can honestly say Marco is one man I could truly rely on.

With Respect, Charles D. Medley



March 20, 2018

To whom it may concern,

I would like to introduce myself and give a short summary of my knowledge of Marco De La Garza and family.   My name is Gregory Parkinson, born in 1956 in Rockford Illinois, and lived here most of my life. I have worked in a manufacturing company here in Rockford for 42 years.   Most of my carreer has been in management of variuous parts of the business.   Because of the interactions with people I feel I have learned to be a good judge of people, not only verbal but non verbal communications as well.   I also have a woodworking business where I also have interaction with customers.

About a year ago we had a small family reunion in Arizona.   This was the first opportunity I had to actually meet Marco De La Garza in person.   Marco is maried to my niece(Tracey) whose immediate family lives in Sierra Vista area in Arizona.   They have been maried for about 5 years and have 2 beautiful children, ages 2 and 4.   We saw a lot of the family including Marco during our stay in Arizona. We also revisited with Marco and Tracey when they vacatioined up here in Illinois during January 2018. They wanted to show the girls where Tracey grew up and experience the snow that we are so used to in the winter.   They were here for approximately a week and we saw them often, mostly at family dinners.

Marco was always very polite and respectful of the whole family and did what he could to help.   He was also very good with the kids.   Our grandson, Marco and Traceys 2 girls and their cousins, twins, about the same age range.   A lot of little ones.   I could tell by watching Marco that he was always there to help the kids with their toys or even if a few of the children got into toy arguments.   He would calmly help to talk them through it.   Marco also appears to be a very patient person as at times having all the young ones together could test a persons virtue.   We were around them a lot during the vacations.   Marco was not only good with the kids but also respectfull of us and had a genuine care as part of the family.   Hugs were sincere and he was not shy about showing it.   We had also talked about his job.   He was quite proud of what he was doing.   There was a few day trips that he took those of us that were interested.   We went with him up on hikes and he gave us overviews of what he does. And as a final comment I want to say that I also observed during the family functions how Marco relates to his wife Tracey along with brother and sister-in-laws.   He has a good heart!

Thanks for taking the time to listen.   I appreciate it.

Gregory Parkinson

March 19, 2018

To Whom It May Concern:

My Name is Pamela J Parkinson and I am a mother of two boys and the grandmother of one grandson with another grandson on the way. I am currently working at BlueCross Blue Shield and have my own glass bead and jewelry business. I have been married for 40 years and that is how Marco De La Garza came into my life.

My husbands sister is Marco's mother in-law. I had heard many good things about Marco since he married my niece. My niece had some personal problems after loosing a loved one in a tragic car accident. When she met Marco he helped her heal and move on to a happier life. Marco is a very stable influence on my niece. They have a very loving relationship and Marco is an exceptional father. My husband and I do not live in Arizona but we were fortunate enough to visit our family in Arizona last summer. I was able to see first hand how loving and caring Marco is with his family and ours.

I was thrilled to meet Marco this summer and see for myself what a wonderful and caring person he is. He was very welcoming to my family and spent as much time with us as he could while we were visiting. I saw first hand how he took care of his family and was always offering to help when he thought it might be needed.

Thank you for your consideration.

Pamela J Parkinson

Jan 18th 2016

Dear Sir,

my Name is Dorothy E. Wilhelm
I am Tracey De La Garza Grandmother.
I live in Kansas Il. & Son 85 yrs old.
I met Marco De La Garza in June of
2014 in Az. when he & Tracey renewed their
vows. They got married in my Sons
house in Az. in Nov. 2013.

They have Two great Daughters I Born
in Nov. 2014 & one in July 2016.
They came To Il. in Jan. 2018 & stayed
with me. Marco is such a good Father
& Husband. We all fell in Love with
him. He saved 5 yrs. in Navy on a
submarine & 500 b yrs. as a Border
Patrol worker. which he was very Proud
committed to. I the was very Proud
of his accomplishments. I have 2 Sons

To Whom It May Concern,

My name is Jullien Jackson. I am a nine year veteran of The Army, and currently employed as a Department of the Army Civilian at the United States Army Intelligence Center of Excellence since 2001. My current job tile is Chief USAICoE Mission Support Center.

I was introduced to the De La Garza family through work. Tracy, Marco's wife, has been an employee of mine for the last two years. I have spent time with Marco, and his family, on several occasions during that period of time to include their daughter's birthday party, summertime cookouts, company Christmas parties, and many other social events.

I have been thoroughly impressed with the De La Garza family since I have met Marco and Tracy. To be such a young family they are very responsible. Their open mindedness, loyalty to God, family, country, and each other are aspirations that we should all strive for. In my opinion, they embody what it is to be good Americans, and I would trust both of them with all that I have.

Sincerely,

Jullien S. Jackson